IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LISA PATTON**,                                    Civil No. 09-682-HU

       Plaintiff,

                                        O R D E R

   v.

**MICHAEL J. ASTRUE**, Commissioner of
Social Security,

       Defendant.
_____

      Tim Wilborn
      Wilborn Law Office, P.C.
      P. O. Box 2768
      Oregon City, Oregon  97045

             Attorney for Plaintiff

      Dwight C. Holton
      United States Attorney
      District of Oregon

Page 1 - ORDER

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

     Attorneys for Defendant

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and

Recommendation on July 19, 2010.  The matter is before this court.  See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me

of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd.,

700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Hubel's Findings and Recommendation dated

(#17) July 19, 2010 in its entirety.

IT IS HEREBY ORDERED that the Commissioner's decision is REVERSED under

sentence four of 42 USC § 405(g), and this case is REMANDED to the Commissioner for further

proceedings.  Judgment will be entered.

DATED this ____20th____ day of August, 2010.


     _/s/ Garr M. King_____
         GARR M. KING
      United States District Judge


Page 2 - ORDER